**Order entered March 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00228-CV

## IN RE LEXINGTON INSURANCE COMPANY, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13349**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. Based on the disposition of the petition for writ of mandamus, we **DENY** relator's emergency motion for temporary relief pending decision on writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    DOUGLAS S. LANG
        JUSTICE